# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GEORGINA G. GARCIA | | |
| **Case Number:** | 2:09-bk-05244-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY COLORADO HOUSING & FINANCE AUTHORITY

**R / M #:**   23 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald requested a 30 day continuance.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 25, 2010 AT 10:30 AM.